UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

THOMAS ROEHRMAN, )
)
Plaintiff, )
)
v. )     No. 1:24-cv-00682-SEB-TAB
)
MARKETING LABS LLC, )
NESMETAJU, LLC, )
)
Defendants. )

## ORDER

The Court has been advised by counsel that a settlement has been reached in this action.

Therefore, any pending motions are denied as moot, and all previously ordered dates relating to

discovery, filings, schedules, conferences, and trial, if any, are vacated. Parties shall file a

stipulation of dismissal within 30 days.

Date:  8/29/2024

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email