IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| THOMAS ROEHRMAN, | ) |
| Plaintiff, | ) Civil Action No.: 1:24-cv- SEB-TAB |
| v. | ) |
| MARKETING LABS LLC and NESMETAJU, LLC, | ) |
| Defendants. | ) **Jury Trial Demanded** |

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: 10/16/2024
>
> *[signature]*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

TO THE CLERK OF COURT AND THE HONORABLE JUDGE BAKER:

Please take notice that pursuant to Rule 41(a)(1)(A)(i), Plaintiff dismisses all claims against all defendants in this matter, with prejudice.

Respectfully,

By: /s/ Jacob U. Ginsburg
Jacob U. Ginsburg, Esq.
KIMMEL & SILVERMAN, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Telephone: 267-468-5674
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com
*Counsel for Plaintiff*